IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EPCO CARBONDIOXIDE PRODUCTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV108 |
| v. | ) ) ) | |
| MIDWEST CRANE SERVICE, LLC, | ) ) | ORDER |
| Defendant. | ) ) | |

     This matter is before the Court on the defendant Midwest Crane Service, LLC's ("Midwest") motion for leave to file a third-party complaint (Filing No. 15) pursuant to Fed. R. Civ. P. 14(a). No objection has been filed and the Court will grant defendant's motion. Accordingly,

     IT IS ORDERED that defendant's motion for leave to file a third-party complaint is granted. Defendant shall have until on or before July 16, 2007, to file its third-party complaint.

     DATED this 5th day of July, 2007.

                                  BY THE COURT:

                                  /s/ Lyle E. Strom
                                  _____
                                  LYLE E. STROM, Senior Judge
                                  United States District Court