IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
EPCO CARBONDIOXIDE PRODUCTS,  )
INC.,                         )
                              )
          Plaintiff,          )      8:07CV108
                              )
     v.                       )
                              )
MIDWEST CRANE SERVICE, LLC,   )      ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on the motion for leave to intervene (Filing No. 16) filed by Travelers Property Casualty Company of America, and on the motion for leave to amend plaintiff's complaint (Filing No. 20) filed by plaintiff EPCO Carbon Dioxide Products, Inc. (Filing No. 20). The Court notes that the amended complaint includes Travelers Property Casualty Company of America as a plaintiff intervenor. Accordingly,

IT IS ORDERED:

1) Plaintiff EPCO's motion for leave to amend plaintiff's complaint is granted; plaintiff shall have until August 3, 2007, to file its amended complaint.

2) The motion for leave to intervene is denied without prejudice, subject to renewal if plaintiff does not include

Travelers Property Casualty Company of America as plaintiff-intervenor in its amended complaint.

DATED this 24th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court