IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
EPCO CARBONDIOXIDE PRODUCTS,      )
INC.,                             )
                                  )
          Plaintiff,              )         8:07CV108
                                  )
     v.                           )
                                  )
MIDWEST CRANE SERVICE, LLC,       )         ORDER
                                  )
     Defendant and                )
     Third Party Plaintiff,       )
                                  )
     v.                           )
                                  )
BRISTOL MANUFACTURING INC.,       )
                                  )
     Third Party Defendant.       )
_____)
```

This matter is before the Court on the motion for leave to intervene (Filing No. 37) filed by Travelers Property Casualty Company of America. The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave to intervene filed by Travelers Property Casualty Company of America is granted. Any complaint in intervention shall be filed on or before October 1, 2007.

DATED this 17th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court