IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EPCO CARBONDIOXIDE PRODUCTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV108 |
| v. | ) ) | |
| MIDWEST CRANE SERVICE, LLC, | ) ) | ORDER |
| Defendant and Third Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| BRISTOL MANUFACTURING INC., | ) ) | |
| Third Party Defendant. | ) ) | |

This matter is before the Court on the stipulation for dismissal of third party complaint without prejudice (Filing No. 53). The Court finds said stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that said stipulation is approved and adopted; the third party complaint is dismissed without prejudice, each party to pay its own costs.

DATED this 14th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court