```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

EPCO CARBONDIOXIDE PRODUCTS,       )
INC.,                              )
                                   )
          Plaintiff,               )           8:07CV108
                                   )
TRAVELERS PROPERTY CASUALTY        )
COMPANY OF AMERICA,                )
                                   )
          Plaintiff-Intervenor,    )
                                   )
     v.                            )
                                   )
MIDWEST CRANE SERVICE, LLC,        )              ORDER
                                   )
          Defendant.               )
_____)
```

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 62). The Court finds said stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that said stipulation is approved and adopted; plaintiff's complaint against Midwest Crane Service, LLC, and the complaint in intervention by Travelers Property Casualty Company of America are dismissed with prejudice, each party to pay its own costs.

DATED this 11th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court